E-SERVED
06/04/04
12:09 PM ET
Baycol MDL 1431

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA**

**IN RE: BAYCOL PRODUCTS LIABILITY** **MDL No. 1431 (MJD/JGL)**

THIS DOCUMENT RELATES TO THE FOLLOWING ACTION:

*Kofsky v. Bayer Corporation, et. al.* (Case No.: 02-0141 MJD)

**PLAINTIFF LOREN KOFSKY'S MOTION FOR RELIEF FROM PTO 114**

Plaintiff Loren Kofsky respectfully moves this Court for an Order relieving him from the

requirements of Pretrial Order No. 114 for the reasons set forth in the attached Memorandum.

Respectfully submitted,

Date: June 4, 2004

/s/ *Tracy D. Rezvani*
Tracy D. Rezvani
FINKELSTEIN THOMPSON & LOUGHRAN
The Duvall Foundry
1050 30th Street, N.W.
Washington, D.C. 20007

Sean M. Foldenauer
FRANTZ, TOWNSEND & FOLDENAUER LLP
600 West Broadway, 12th Floor
San Diego, CA 92101

James C. Krause
KRAUSE & KALFAYAN
1010 Second Avenue, Suite 1750
San Diego, CA 92101

Jeffrey Estes
ESTES & ASSOCIATES
510 West Broadway, Suite 1700
San Diego, CA 92101