E-SERVED
06/04/04
12:09 PM ET
Baycol MDL 1431

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA**

**IN RE: BAYCOL PRODUCTS LIABILITY** **MDL No. 1431 (MJD/JGL)**

---

THIS DOCUMENT RELATES TO THE FOLLOWING ACTION:

*Kofsky v. Bayer Corporation, et. al.* (Case No.: 02-0141 MJD)

---

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR RELIEF FROM PARTS I(a) AND I(B) OF PRETRIAL ORDER NO. 114**

Plaintiff, Loren Kofsky, submits his Motion for Relief from Parts I(A) and I(B) of Pretrial Order No. 114 as follows:

**Introduction**

Plaintiff files this motion pursuant to Part I(F) of Pretrial Order No. 114, which provides that "[a] plaintiff may bring a motion...before this Court seeking relief from the provisions of Parts I(A) and I(B) if the plaintiff asserts that no applicable law requires a case-specific expert report attesting that Baycol caused the plaintiff to suffer injuries or damages, or that no supporting medical, sample or prescription records exist, or that no report or records are available."

Plaintiff moves the Court for relief from Parts I(A) and I(B) of Pretrial Order No. 114 on the ground that this is not an action to recover damages for personal injuries and therefore no applicable law requires a case-specific medical expert report attesting that Baycol caused personal injuries or damages.

E-SERVED 06/04/04 12:09 PM ET Baycol MDL 1431

**Procedural Background**

Plaintiff filed this action on October 22, 2001 in the Superior Court of the State of California, for the County of San Diego. The case was removed to the United States District Court for the Southern District of California on November 21, 2001 and thereafter transferred into MDL 1431.

Plaintiff's is a representative action seeking to recover on behalf Plaintiff and all other persons in the State of California and United States who purchased and/or used the prescription drug Baycol from January 1, 1997 to August 8, 2001. The Complaint expressly disclaims classwide recovery for personal injuries attributable to Baycol consumption. [Complaint ¶8].

**Argument**

Plaintiff's Complaint alleges causes of action for: (1) violations of California Civil Code section 1750; (2) violations of California Business & Professions Code section 17500; (3) Breach of Implied Warranty; (4) Fraudulent Concealment, and; (5) Medical Monitoring. The Prayer for Relief seeks an order requiring a refund of purchase monies, disgorgement of profits, actual and compensatory damages for the purchase of Baycol, costs and expenses incurred in connection with medical testing, monitoring, diagnosis or treatment, prejudgment and postjudgment interest and attorneys' fees. [Complaint, pg. 14]

Because of the nature of the allegations and remedies sought, this action only requires the further designation of economic experts and not case specific medical experts regarding

E-SERVED
06/04/04
12:09 PM ET
Baycol MDL 1431

personal injuries. The designation of economic experts is not required until the actions are remanded to their respective transferor courts.

No "applicable law requires a case specific expert report attesting that Baycol caused the plaintiff to suffer injuries or damages," for the simple reason that Plaintiff makes no claim for recovery of personal injuries as a result of consumption of Baycol.

**Conclusion**

For the foregoing reasons, Plaintiff requests that the Court issue the Proposed Order relieving him from the requirements of PTO 114.

Date: June 4, 2004

Respectfully submitted,

/s/ *Tracy D. Rezvani*

Tracy D. Rezvani
FINKELSTEIN THOMPSON & LOUGHRAN
The Duvall Foundry
1050 30th Street, N.W.
Washington, D.C. 20007

Sean M. Foldenauer
FRANTZ, TOWNSEND & FOLDENAUER LLP
600 West Broadway, 12th Floor
San Diego, CA 92101

James C. Krause
Patrick N. Keegan
KRAUSE & KALFAYAN
1010 Second Avenue, Suite 1750
San Diego, CA 92101

Jeffrey Estes
ESTES & ASSOCIATES
510 West Broadway, Suite 1700
San Diego, CA 92101

E-SERVED
06/04/04
12:09 PM ET
Baycol MDL 1431

**CERTIFICATE OF SERVICE**

I, Tracy D. Rezvani, hereby certify that a true and correct copy of the foregoing document(s) was electronically served to counsel of record via Verilaw on June 9, 2004 on the following:

Susan A. Weber, Esq.
SIDLEY AUSTIN BROWN & WOOD LLP
10 South Dearborn Street
Chicago, IL 60603

Deanna D. Dailey, Esq.
LARSON - KING, LLP
2800 Minnesota World Trade Center
30 East Seventh Street
St. Paul, Minnesota 55105

Fred T. Magaziner, Esq.
DECHERT LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, Pennsylvania 19103

*/s/ Tracy D. Rezvani*

E-SERVED
06/04/04
12:09 PM ET
Baycol MDL 1431

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA**

**IN RE: BAYCOL PRODUCTS LIABILITY** **MDL No. 1431 (MJD/JGL)**

THIS DOCUMENT RELATES TO THE FOLLOWING ACTION:

*Kofsky v. Bayer Corporation, et. al.* (Case No.: 02-0141 MJD)

**(PROPOSED) ORDER GRANTING**
**PLAINTIFF LOREN KOFSKY'S MOTION FOR RELIEF FROM PTO 114**

Plaintiff Loren Kofsky has moved this court for an Order relieving him from the requirements of Pretrial Order No. 114.

Having considered the submissions and the record in this case, the Court finds and rules as follows:

1. Plaintiff Kofsky asserts a representative claim for a refund of purchase monies, disgorgement of profits, actual and compensatory damages for the purchase of Baycol, costs and expenses incurred in connection with medical testing, monitoring, diagnosis or treatment, prejudgment and postjudgment interest and attorneys' fees. He asserts no claim for personal injuries to himself as a result of his ingestion of Baycol.

2. The MSP does not require Plaintiff, Loren Kofsky, to submit an expert medical report that Baycol caused his damages or injuries since he asserts no claim for personal injuries.

Accordingly, pursuant to PTO No. 114 Part 1(F), it is ORDERED that Plaintiff Loren Kofsky is relieved of the obligations under PTO No.114, Parts (A) and (B).

Date: _______________, 2004

_________________________________
UNITED STATES DISTRICT JUDGE