**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA**

**IN RE: BAYCOL PRODUCTS LIABILITY** **MDL No. 1431 (MJD/JGL)**

---

THIS DOCUMENT RELATES TO THE FOLLOWING ACTIONS:

*Kofsky v. Bayer Corporation, et. al.* (Case No. 02-1041)
*Elich, et al. v. Bayer Corporation, et al.* (Case No. 02-0434)

---

**NOTICE OF WITHDRAWAL OF COUNSEL AND SUBSTITUTION OF COUNSEL**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE BE ADVISED THAT pursuant to Local Rule 83.7(b), the Law Firm of Krause & Kalfayan, 1010 Second Ave., Suite 1750, San Diego, CA 92101, (619) 232-0331 is hereby withdrawing as counsel for Plaintiffs Joseph R. Elich and Loren Kofsky in the above-entitled matter. Krause & Kalfayan's co-counsel in this matter, 1) Frantz Townsend & Foldenauer, LLP 1168 Union Street, 4th Floor, San Diego, California, 92101, (619) 233-5945 and 2) Finkelstein Thompson and Loughran, 1050 30th Street, N.W., Washington, D.C. 20007, (202) 337-8000, will continue to represent Plaintiffs in this action.

DATED: 7-17-06

Eric J. Benink, Esq.
Krause & Kalfayan
1010 Second Ave., Suite 1750
San Diego, CA 92101
(619) 232-0331

CERTIFICATE OF CO-COUNSEL

The law firm of Frantz Townsend & Foldenauer, LLP hereby consents to this withdrawal and will continue to represent Plaintiffs Elich and Kofsky.

DATED: 9/12/06

Sean M. Foldenauer, Esq.
Frantz Townsend & Foldenauer, LLP
1168 Union Street, 4th Floor
San Diego, CA 92101
(619) 233-5945

The law firm of Finkelstein, Thompson & Loughran hereby consents to this withdrawal and will continue to represent Plaintiffs Elich and Kofsky.

DATED: 9/14/2006

Tracy Rezvani, Esq.
Finkelstein, Thompson & Loughran
1050 30th Street, N.W.
Washington, DC 20007
(202) 337-8000