**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re BAYCOL PRODUCTS LITIGATION | MDL No. 1431 (MJD) |
| This Document Relates to: | |
| *Joseph R. Elich v. Bayer Corp. et al.* | Case No. 02-0434 |
| *Loren Kofsky v. Bayer Corp. et al.* | Case No. 02-0141 |

**DEFENDANT BAYER CORPORATION'S**
**NOTICE OF MOTION AND MOTION FOR DISCOVERY SANCTIONS**

PLEASE TAKE NOTICE that Defendant Bayer Corporation moves the Honorable Judge Michael J. Davis, United States District Court, U.S. Courthouse, Suite 14E, 300 South Fourth Street, Minneapolis, Minnesota, under Fed. R. Civ. P. 37(b)(2), to dismiss with prejudice the claims of Plaintiffs Joseph R. Elich (in Case No. 02-0434), and Loren Kofsky (in Case No. 02-0141), and to award costs and attorneys' fees. These sanctions are appropriate in light of plaintiffs' failure to comply with Pretrial Order No. 149.

Dated: November 9, 2006

Respectfully submitted,

/signature on file/

Susan A. Weber
James W. Mizgala
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60610
(312) 494-4400

Paul J. Zidlicky
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Peter W. Sipkins (No.101540)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

*Counsel for Bayer Corporation*

CERTIFICATE OF SERVICE

I, Minerva M. Vasquez, certify that a true and correct copy of the foregoing Defendant Bayer Corporation's Notice of Motion and Motion for Discovery Sanctions, supporting memorandum, proposed order, and exhibits were electronically filed and served on November 9, 2006.

/signature on file/
Minerva M. Vasquez