# Exhibit A

**Friedman, Kenneth E.**

**From:** Friedman, Kenneth E.
**Sent:** Wednesday, July 12, 2006 9:46 AM
**To:** 'hlo@ftflaw.com'
**Subject:** Re: Elich Depositions

I cannot ask Dr. Deener, a third party witness, for a new date without knowing your availability. If you provide me you availability, we will look into rescheduling his deposition. We will make a Bayer attorney available any weekday this month.

Ken Friedman
Sidley Austin LLP
213.896.6055

-----Original Message-----
From: Howard Ost <hlo@ftflaw.com>
To: Friedman, Kenneth E. <KFriedma@Sidley.com>
Sent: Wed Jul 12 09:03:33 2006
Subject: RE: Elich Depositions

Mr. Friedman:

Thank you for your responses to my e-mails. I have noted the new deposition dates for the Kofskys. As to Dr. Deener, I ask that you please check with him concerning his availability later in the month.

I have contacted my attorney in Michigan and am waiting for a response on their strategy concerning the depositions. You will be immediately contacted as soon as I am aware of his course of action. Thank you for your courtesies and cooperation with this matter.

Howard Lynn Ost, Paralegal

> PRIVILEGED AND CONFIDENTIAL: This communication contains confidential information which is intended only for the use of the addressee. It may also contain (and if labeled "PRIVILEGED AND CONFIDENTIAL" does contain) information that is protected by the Attorney-Client Privilege and/or the Work Product Doctrine. Copying or distribution of this communication by persons other than the addressee is prohibited. If you have received this communication in error, please notify us immediately by telephone at 619-233-5945 and return the original message to us at Frantz, Townsend & Foldenauer LLP, 600 W. Broadway, Suite 1200, San Diego, California 92101 by United States Mail.

> Thank you.

---

From: Friedman, Kenneth E. [mailto:KFriedma@Sidley.com]
Sent: Tuesday, July 11, 2006 6:53 PM
To: hlo@ftflaw.com
Subject: RE: Elich Depositions

The subpoenas for these depositions were served on June 27, 2006, two full weeks ago. We are willing to discuss rescheduling them, but have to get them in before the July 31 discovery deadline. Regarding Dr. Deener specifically, the date and time were chosen based on his availability. Any rescheduling will have to be based on his schedule.

Ken Friedman
Sidley Austin LLP
213.896.6055

---

From: Howard Ost [mailto:hlo@ftflaw.com]
Sent: Tuesday, July 11, 2006 4:54 PM
To: Friedman, Kenneth E.
Subject: Elich Depositions

Dear Mr. Friedman:

You have noticed the deposition of Dr. Andrew Deemer for next Monday, July 17, 2006. This date will not be convenient for our firm. We are currently in heavy litigation with another case which has sent my attorney to Michigan until at least this Thursday. I will be discussing more convenient dates with him tomorrow and send you another e-mail after our my discussion.

We will also discuss the other depositions that you have noticed up. I will hopefully be able to give you more definite answers tomorrow. Thank you for your courtesies and cooperation with this matter.

Howard Lynn Ost, Paralegal

> PRIVILEGED AND CONFIDENTIAL: This communication contains confidential information which is intended only for the use of the addressee. It may also contain (and if labeled "PRIVILEGED AND CONFIDENTIAL" does contain) information that is protected by the Attorney-Client Privilege and/or the Work Product Doctrine. Copying or distribution of this communication by persons other than the addressee is prohibited. If you have received this communication in error, please notify us immediately by telephone at 619-233-5945 and return the original message to us at Frantz, Townsend & Foldenauer LLP, 600 W. Broadway, Suite 1200, San Diego, California 92101 by United States Mail.

> Thank you.

Sidley Austin LLP mail server made the following annotations on 07/11/06, 20:49:40:
------------------------------------------------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you
that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be

used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such
taxpayer by the Internal Revenue Service. In addition, if any such tax advice is used or referred
to by other parties in promoting, marketing or recommending any partnership or other entity,
investment plan or arrangement, then (i) the advice should be construed as written in connection
with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this
communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

****************************************************************************************************

This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us
immediately.

****************************************************************************************************