**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re BAYCOL PRODUCTS LITIGATION | : | MDL No. 1431 |
| | : | (MJD/SRN) |
| This Document Relates to: | : | |
| | : | |
| *Loren Kofsky v. Bayer AG, et al.* | : | Case No. 02-0141 |
| | : | |

**DEFENDANTS' NOTICE OF MOTION**
**AND MOTION TO DENY CLASS CERTIFICATION**
**AND ENTER JUDGMENT AGAINST PLAINTIFF**

PLEASE TAKE NOTICE that defendants Bayer Corporation and Bayer AG hereby move the Honorable Judge Michael J. Davis, United States District Court, U.S. Courthouse, Suite 14E, 300 South Fourth Street, Minneapolis, Minnesota, under Federal Rules of Civil Procedure 23 and 56 to deny class certification and to enter judgment against plaintiff Loren Kofsky and in favor of defendants on all claims in this action. This motion is based on this notice, the accompanying Memorandum of Points and Authorities, the pleadings, other records on file in this action, all matters of which this Court may take judicial notice, and such further argument and evidence as may be presented at the hearing.

Dated: November 30, 2007

Respectfully submitted,

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60610
(312) 494-4400

/signature on file/

Susan A. Weber
James W. Mizgala
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Paul J. Zidlicky
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Catherine Valerio Barrad
Christine K. Son
Nitin Reddy
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
(213) 896-6000

Peter W. Sipkins (No.101540)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

Douglas R. Marvin
WILLIAMS & CONNOLLY
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

*Counsel for Bayer Corporation and Bayer AG*

CERTIFICATE OF SERVICE

I, David L. Barlett, certify that true and correct copies of the foregoing Defendants' Motion to Deny Class Certification and to Enter Judgment Against Plaintiff, supporting memorandum, proposed order, Local Rule 7.1 certificate, and exhibits were electronically filed and served on November 30, 2007.

[signature]