# Exhibit A

**OUTPATIENT PROGRESS NOTES**

Patient Name Kofsky, Loren

Record # ______ HB ______

3/26/01 B/P 118/82 P 84

WT 216 HT 5'7"

ASI PAT

CC: Pain in both arms and hands off & on for 3-4 months, Also establish w/new PCP L. Haas, M.A.

(S) Pt notes 3-4 month h/o pains in forearms & thighs. Stopped his Baycol, thinking this was a potential cause. He does note minor improvement in symptoms. Has been a drummer for >20 years.

(O) mild tenderness (R) lat epicondyle power 5/5 upper extrem bilat sensation intact (-) Phalen's

(A/P) 1) epicondylitis
- Relafen ii tabs qd (R) meals prn
- rest, ice, forearm brace
- report any lack of resolution

2) hypercholesterolemia - ✓ current lipids off the Baycol. Will start lipid lowering agent pending result

Confidential, Subject to Protective Order

MM000002lwk

# OUTPATIENT PROGRESS NOTES

Patient Name Kofsky, Loren

Record # ______ HB ______

4/23/01 BP 122/75 P 101

WT HT

ASI 32 PAT A

T

C.C. Follow up - discuss cholesterol L. Haas MD

Cholesterol levels have been over 300 mg/dl chronically. Have come down @ medication, but stopped ~~[illegible]~~ Lipitor when he developed cramps in his arms.

Will request old records/labs for review & start him on Lipitor 10 mg po qd. Possible side effects discussed. Handout on low cholesterol diet provided. F/U in 1 month @ repeat lipids LFT's prn

[illegible signature]

06-19-01 BP P

WT HT

ASI PAT

T

CC:

Confidential, Subject to Protective Order

**OUTPATIENT PROGRESS NOTES**

Patient Name Kotdzy, Loren

Record # ______ HB ______

07-12-01

BP 146/90 P 92
Wt 212 Ht 67
ASI PAT
T

C.C. F/U BLOODWORK RESULTS - D. MARQUEZ RN

Tolerating Lipitor w/o difficulty. Had umbilical hernia repair @ Dr Hyde.

Chol = (221) HDL = 68 LDL = 122 trig = 155
SGOT = 46 SGPT = (114)
TSH = 1.23

Pt informed of above results. As SGPT is approaching 3x normal, will D/C Lipitor. Recheck lipids & LFTS in 1 month. Will decide on alternative agent pending above results

Confidential, Subject to Protective Order

08-08-01

B/P 160/110 P-82
Repeat 164/110
WT-219 HT-67
ASI PAT
T

MM000004lwk

CC: DISCUSS BAYCOL BEING TAKEN OFF THE MARKET, MUSCLE CRAMPING SX FOR ONE DAY - D. MARQUEZ, RN

Pt heard Baycol was being taken off the market. Was on it for over one year

**OUTPATIENT PROGRESS NOTES**

Patient Name

Record # ____________ HB ________

10-01-01 @ 1435 MESSAGE LEFT FOR PT TO Call BACK RE Bloodwork DATED 09-27-01 — D. MARQUEZ, R.N

10-02-01 @ 1100 PT INFORMED OF Bloodwork RESULTS DATE 09-27-01 AND the Need to START pravachol 20 mg i PO QD then RECHECK LIPIDS, LFT'S, IRON AND FERRITIN IN ONE MONTH. Rx Called to SAVON 858 457-4480 AND ORDER WRITTEN. PER DR Maynard's REQUEST D. MARQUEZ, R.N.

11-02-01 BP 122/86 P80

Wt Ht

ASI PAT

T

C.C. Discuss lab results L. Haas MA

chol = (246) HDL = 43 LDL = (161)

AST = 30 ALT = (97)

ferritin = 200 TIBC = 343

prior hep panel (−)

Pt informed of above results. Lipids improved on Pravachol 20 mg, but not to goal yet. Will schedule u/s liver to document possible fatty liver. Further ↑ in Pravachol pending above result

[signature]

Confidential, Subject to Protective Order

KOSKOFSKY

# PROGESS NOTES

PATIENT NAME:

11-12-01 @ 1100 PER DR. MAYWOOD'S REQUEST PT WAS INFORMED OF LIVER U/S DATED 11-06-01
D. MARQUEZ, R.N.

01-17-02 Pt. informed of lab results dated 1-15-02. Pt. instructed to stop Pravachol for one month and recheck lipids/LFTs in one month per Dr. Maywood
L. Haas MA

Confidential, Subject to Protective Order

LabCorp®

PATIENT NAME: KOFSKY,LOREN
DOB: [redacted]-1970 AGE: 31 SEX: M
PATIENT ID :

PHYSICIAN : MAYWOOD,MICHAEL F

ACCESSION : 6148742-6
REQUISITION: G5236099-0

COLLECTED : 15-JAN-02 9:35 N
RECEIVED : 15-JAN-02
REPORTED : 16-JAN-02 FASTING

5601 Oberlin Dr
San Diego, CA 92121
858-455-1221 800-859-6046
#05-8023
ZZZ58023Z

13021-8

MICHAEL MAYWOOD MD
9850 GENESEE AVE
SUITE 350
LA JOLLA, CA 92037

ROUTE:03306-002

TESTING PERFORMED AT THE ABOVE ADDRESS UNLESS NOTED OTHERWISE
San Diego Laboratory Medical Director : Dennis M. Frisman, M.D.

TEST REQUEST: HEPATIC FUNCTION PANEL(7), LIPID PANEL

| TEST NAME | RESULT | | UNITS | REF RANGE | PLAB |
|---|---|---|---|---|---|
| ***** CHEMISTRY ***** | | | | | |
| TOTAL PROTEIN | 7.5 | | g/dL | 6.0-8.5 | |
| ALBUMIN | 4.5 | | g/dL | 3.5-5.5 | |
| GLOBULIN(CALC) | 3.0 | | | 2.2-4.1 | |
| A/G RATIO | 1.5 | | | 0.9-2.0 | |
| ***** LIPIDS ***** | | | | | |
| CHOLESTEROL | HIGH | 250 | mg/dL | 100-199 | |
| TRIGLYCERIDE | HIGH | 223 | mg/dL | 30-150 | |
| HDL CHOLESTEROL | 42 | | mg/dL | 30-75 | |
| LDL CHOLEST (CALC) | HIGH | 163 | mg/dL | 0-129 | |
| VLDL CHOL (CALC) | HIGH | 45 | mg/dL | 5-40 | |
| ***** LIVER ***** | | | | | |
| SGOT/AST | HIGH | 41 | U/L | 0-40 | |
| SGPT/ALT | HIGH | 106 | U/L | 0-40 | |
| ALK PHOS | 92 | | U/L | 25-140 | |
| TOTAL BILIRUBIN | 1.1 | | mg/dL | 0.1-1.2 | |
| DIR BILIRUBIN | 0.2 | | mg/dL | 0.0-0.4 | |

LFT's still going up a little
Hold Pravachol for next 4 weeks and rev repeat hepatic & lipid panel 1 month

PAGE 1 FINAL REPORT KOFSKY,LOREN 6148742-6 16-JAN-2002 3:50 AM

Confidential, Subject to Protective Order

MM000009lwk

REPORT

Universal #3

**LabCorp®**

PATIENT NAME: KOFSKY, LOREN
DOB: [redacted]1970 AGE: 31 SEX: M
PATIENT ID :

PHYSICIAN : MAYWOOD, MICHAEL

ACCESSION : 8173756-8
REQUISITION: G3445325-4

COLLECTED : 11-JUL-01 10:00 AM
RECEIVED : 11-JUL-01
REPORTED : 12-JUL-01 FASTING

5601 Oberlin Dr
San Diego, CA 92121
858-455-1221 800-859-6046
#05-8023
ZZZ58023Z

13021-8

MICHAEL MAYWOOD MD
9850 GENESEE AVE
SUITE 350
LA JOLLA, CA 92037

ROUTE: 03306-003

TESTING PERFORMED AT THE ABOVE ADDRESS UNLESS NOTED OTHERWISE
San Diego Laboratory Medical Director : Dennis M. Frisman, M.D.

TEST REQUEST: HEPATIC FUNCTION PANEL(7), LIPID PANEL,
TSH, HIGH SENSITIVITY, SERUM.

| TEST NAME | RESULT | UNITS | REF RANGE | PLAB |
|---|---|---|---|---|
| ***** CHEMISTRY ***** | | | | |
| TOTAL PROTEIN | 7.7 | g/dL | 6.0-8.5 | |
| ALBUMIN | 4.5 | g/dL | 3.5-5.5 | |
| GLOBULIN (CALC) | 3.2 | | 2.2-4.1 | |
| A/G RATIO | 1.4 | | 0.9-2.0 | |
| ***** LIPIDS ***** | | | | |
| CHOLESTEROL | HIGH 221 | mg/dL | 100-199 | |
| TRIGLYCERIDE | HIGH 155 | mg/dL | 30-150 | |
| HDL CHOLESTEROL | 68 | mg/dL | 30-75 | |
| LDL CHOLEST (CALC) | 122 | mg/dL | 0-129 | |
| VLDL CHOL (CALC) | 31 | mg/dL | 5-40 | |
| ***** LIVER ***** | | | | |
| SGOT/AST | HIGH 46 | U/L | 0-40 | |
| SGPT/ALT | HIGH 114 | U/L | 0-40 | |
| ALK PHOS | 91 | U/L | 25-140 | |
| TOTAL BILIRUBIN | 1.0 | mg/dL | 0.1-1.2 | |
| DIR BILIRUBIN | 0.2 | mg/dL | 0.0-0.4 | |
| ***** THYROID ***** | | | | |
| TSH | 1.23 | uIU/mL | 0.35-5.50 | |

Confidential, Subject to Protective Order

PAGE 1 FINAL REPORT KOFSKY, LOREN 8173756-8 12-JUL-2001 9:14 AM

MM000012lwk

mm

REPORT

Universal #3

Chart copy
141 99505
Original mailed 12/15/99
-D

UCSD *Medical Group*

Laren Kofsky
1015 17th Street, #6
Santa Monica, CA 90403

12/13/99

Mr. Kofsky,

Your cholesterol values, drawn on 12/9/99, were too high.

| CATEGORY | YOUR VALUES | GOALS |
|---|---|---|
| Total Cholesterol | 279 | <200 |
| HDL (good Chol) | 55 | >35 |
| LDL (bad Chol) | 189 | <160 |
| Triglycerides | 174 | <200 |

Since this is the second time that you have had elevated levels, I would recommend an appointment with me to discuss a medication trail. I am concerned with your family history and your personal risk for heart disease. I hope to see you soon.

Sincerely,

William MacMaster MD

Confidential, Subject to Protective Order

MM0000019lwk

SCRIPPS CLINIC
AND RESEARCH FOUNDATION

05

TO:
FROM: Michael F. Maywood, M.D.
STATUS: Outpatient
DATE OF SERVICE: 07/21/95
DOCUMENT: HISTORY & PHYSICAL

PATIENT#: 072-49-33-1
Kofsky, Loren W.
SEX: M
DOB: [redacted]/1970
HB/FC: 05 01

HISTORY OF PRESENT ILLNESS:

Mr. Kofsky is a 25-year-old white male who presents for complete physical examination. He enjoys very good overall health.

Past medical history is significant for allergic rhinitis. He was seen here in May of this year at which time he was placed on Vancenase nasal inhaler, along with a course of Bactrim and Zephrex. A Water's view of the sinus was obtained which was within normal limits. He does refer some intermittent congestion and clear discharge. He did stop the nasal inhaler once he ran out of samples. His only other real complaint is that of an irritating skin tag on the right side of the neck which catches on his collar and he would like removed.

He also refers a history of elevated cholesterol in the past. Currently he is attempting diet and exercise program in efforts to lose weight.

PAST MEDICAL HISTORY:

Medical: Adenoidectomy in 1975.

Allergies: None known.

Current Medications: None.

FAMILY HISTORY:

Mother, age 52, with history of mitral valve prolapse. Father, age 52, with history of myocardial infarction times two status post angioplasty. One sibling, age 22, with history of mitral valve prolapse and arrythmia. Spouse, age 26, and in good health. History of breast cancer in a grandmother, and pancreatic cancer in a grandfather.

SOCIAL HISTORY:

Nonsmoker. Two alcoholic beverages per week. One caffeinated beverage per day.

SCRIPPS CLINIC
AND RESEARCH FOUNDATION

DOCUMENT: HISTORY & PHYSICAL PATIENT#: 072-49-33-1
Page 2 Kofsky, Loren W.

PHYSICAL EXAMINATION:

A pleasant, well-developed, well-nourished white male in no acute distress. Temperature 97.8, pulse of 80 and regular. Blood pressure 126/74, height 65-3/4", weight 201 pounds. Skin: Less than 0.5 x 0.5 cm. skin tag right side of neck. Few other scattered benign intradermal nevi. Head: Normocephalic, atraumatic. Eyes: The pupils equal, round, reactive to light. Extraocular motions intact. Conjunctivae pink. Sclerae anicteric. Fundi benign. Ears: Tympanic membranes clear. Nose: Negative discharge. Septum midline. Throat: Negative. Injection: Negative exudate, negative oral lesions. Neck: Supple. Negative thyromegaly, negative adenopathy, and negative masses. Lungs: Symmetrical excursion. Clear to auscultation and percussion bilaterally. Heart: Regular rate and rhythm. Normal S1 and S2. Negative murmur, rub, or gallop. Negative mid systolic click. Abdomen: Soft, nontender, nondistended. Negative organomegaly, negative masses. Bowel sounds normoactive. Genitourinary: Testes descended, nontender. Negative masses, negative hernias. Neuro: Awake, alert, and oriented times four. Cranial nerves II through XII intact. Normal muscle, bulk, tone, and power. Reflexes 2+ bilaterally. Plantars are flexor. Sensory intact to light touch and pinprick. Negative cerebellar signs. Musculoskeletal: Negative bony tenderness or deformity. Mild pes planus. Range of motion full globally. Extremities: Warm and dry. Negative clubbing, cyanosis, or edema. Dorsalis pedis and posterior tibial pulses 2+ bilaterally.

ASSESSMENT AND PLAN:

1. Intermittent allergic rhinitis.
   Will have him continue on the Vancenase inhaler two puffs to each nostril two times a day. He will report any lack of control with the Vancenase and will titrate this down to the lowest dose that controls his symptoms.
2. History of hypercholesterolemia.
   Will check a fasting lipid profile to assess his current level of control. He states he has been following a low fat low cholesterol diet, and is beginning a regular exercise program.
3. Skin tag. Liquid nitrogen applied to the lesion.
   The patient instructed to watch for signs of recurrence or infection.

Confidential, Subject to Protective Order

SCRIPPS CLINIC
AND RESEARCH FOUNDATION

DOCUMENT: HISTORY & PHYSICAL
Page 3

PATIENT#: 072-49-33-1
Kofsky, Loren W.

4. Routine health maintenance.
Complete blood count, chem 24, and urinalysis have been requested today. Will follow-up these results with him via correspondence, and will see him on a p.r.n. basis. I have discussed continued efforts at weight reduction with him, and attempts at getting down to near ideal in body weight of 180.

Michael F. Maywood, M.D.
Division of Internal Medicine
Scripps Clinic Medical Group, Inc.

MFM/ml
D: 07/24/95
T: 07/28/95

DATE 09-09-96 HT WT
MICHAEL MAYWOOD M.D.
INTERNAL MEDICINE BP HR
TEMP

CC: "PC"

PCP Maywood

EVENING CLINIC T.98' AGE 26 yo ALLERGIES NKDA
INTERNAL MEDICINE SEX ♂ MEDS Tagamet
DATE 9/11/96 BP-130/80 CC: fatigue, sore in mouth

1) Tobacco
(a) Chew/dip interm x 2 yrs.
(b) Recent pain sides of gums on (L)+(R).
(c) occ (L) post. pharynx - ? dried mucus, coughs + ↑ smells.
(d) Trying to quit w/o - difficult
3) ↑chol
(a) Refused meds 1 yr ago - wants retesting

Exam:
HEENT: no obv. gum lesions noted. Mild pharyngitis. Some thickened areas of buccal mucosa.

Ass: 1) Tobacco addiction - recom. patches, monitoring
2) ↑chol - repeat values
Plan: 1) D/C chew
2) OTC patches - mid-strength + taper
3) fasting chem + lipids
4) f/u PCP ō that

SCGH000016lwk

Confidential, Subject to Protective Order

UCSD Healthcare

**PROGRESS RECORD**

MR 1413950-5
KOFSKY, LOREN W
PT 41250796 OA-0
N [redacted]/70
056 UHMC PACIFICAR
EXP 12/31/00
Patient Identification

Source: NKom

Date: DEC 2 8 2000

meds: Baycol

1228

30yo ♂ h/o ↑ chol
1) c/o (B) arm pains x 2-3 days
fleeting sharp pains & sore muscles
today is better ⊘ CP / SOB
has been doing upper body workouts c̄ weights 4x
had stopped ~ 1½ wk then restarted
Also drumming ~ 3x / wk

Confidential, Subject to Protective Order

⊖ nausea / vomiting / Diarrhea / F/C / URI sx
2) Also note spot on belly button - not swollen
sl Tender ~ 3 w ago

PE

WM000001lwk

(B) triceps TTP, (B) lat / med epicondyle TTP
No proximal TTP No weakness other muscle NTTP
CV nl nl lungs CTAB
Abd Obese small diathesis rectus c̄
small umbilical hernia opening 2mm
Liver NTTP

A/P 1) Overuse syn - rest, Nsaids syn
Slow return to full workouts
2) Umbilical hernia - red flags reviewed
3) ↑ Chol - ✓ LFTS, re ✓ Chol 3 mo
cont lifestyle Δ's
RTC if sx ↑, Δ, persist

Elizabeth A. Pendragon, M.D.
CA Lic. A066070

151-029(R9-98)6

UCSD Healthcare

# PROGRESS RECORD

Source Date

1F1413950-5
KOFSKY ,LOREN W
PT41250796 0A-0
M [redacted]/73
CS6 UHMO PACIFICAR
EXP 12/31/00
Patient Identification

AUG 2 4 2000 08 24 00

(S) 30 yo Fm ↑ lipids, on Baycol
for 2 wks no AMS Sxs of RTSh,
d myalgias, s/p fasting lipids
(+) Diet, & exercise

All: ∅
meds: Baycol o4 q hs

CPS une
chol = 179
HDL = 53
LDL = 103
TG = 115

(O) 98° - 72 - 16 122/86
cBGSL NAD
Exam - no Δ

(A) ↑ lipids, f/x CAD (good response to Baycol)
(P) 1) cpm c̄ Baycol
2) cpm c̄ wt loss Aerobic exercise trial
3) rev CPS 3-6 mos
sooner if prob

William R. Mac Master, M.D.
09988

Confidential, Subject to Protective Order

151-029(R9-98)6

UCSD Healthcare

**PROGRESS RECORD**

MR 1413950-5
KOFSKY, LOREN W
PT 40964223 OA-0
[redacted] /7
UHMO AETNA
AP 11/30/00

Source | Date | Patient Identification

JUN 3 0 2000

06 30 00

(S) 30 yo f/u Depression 3 loss fam pe. Pt reports some mild sxs c̄ Paxil taper. Pt has now taken no med x 4 days feeling well. ∅CP, ∅SOB & N/V/D, (+) dizziness initially

FH: father MI @ 36

All ∅
Meds: ∅

Lipids: chol = 317 LDL = 226
HDL = 50 TG = 207
w/ LFTs 1/00

(O) 128/76-92-16
WDWN ♂ A&Ox3, mod obese
CV-RRR S1S2
Lungs-CTA (B)

(A) Depressive episode, ↑ lipids
(P) 1) re✓ sxs ~1 mos c̄ Paxil cessation, consider resumption if sxs recur
2) start Baycol, -RLAB SE reviewed
3) Nutrition referral, wt loss, exercise reviewed
4) f/u TMDS, sooner if poss
(CV USS then)

[signature]
William R. Mac Master, M.D.
09988

151-029(R9-98)6

Confidential, Subject to Protective Order

[redacted]

UCSD Healthcare

**PROGRESS RECORD**

MR 1413950-5
KOFSKY, LOREN W
PT 39548357 CA-0
M [redacted] /72
CON UNITEDHEALTHCA
EXP 04/30/00

Allergies NKA

Source | Date

Patient Identification

[redacted]

812700

(S) 29 y/o h/o depression on Paxil, developed HA last week suddenly. Plus Paxil, pt felt dizzy, fatigued, sweats, feeling better now. x 1 week yesterday ½ pill – felt better

All: ∅ FH + TSH as before
Meds: Paxil 20 mg

(O) 97° - 84 - 18 112/84 WDWN ♂, AAO x3 NAD
CV-RRR, S1 S2
Lungs - CTA (B) TG = 174 LDL = 189
Chol = 275 HDL = 55

(A) Depression, ↑ chol
1) Pt advised to resume Paxil for 6-12 mos c̄ plan of life hx. Pt agrees
2) Zocor trial ✓ LFTs [illegible], R/B/A, SE all reviewed
3) R ✓ Tx, ✓ LFTs

William R. Mac Master, M.D.
09938

151-029(R9-98)6

Confidential, Subject to Protective Order

WM000004lwk

Director: Michael J. Kelner, M.D.

UCSD Healthcare

UCSD Medical Center - Hillcrest
200 West Arbor Drive
San Diego, California 92103-8720

CLINICAL LABORATORIES
Director: Anna Dreilinger, M.D.
Assoc. Director: Sidney L Selzstein, M.D.
CA License ID: CLF1237
CAP Accreditation: 23203-01
CLIA ID#: 05D0643085

KOFSKY, LOREN W.
MR# 1413950-5
TIERRA SANTA
FAMILY PRACTICE
DR: WILLIAM R MACMASTE
08/23/2000 01:56
Page: 1

COLL: 08/22/2000 08:00
SAMPLE #: 598627

** COMPLETE REPORT **

| TEST NAME | RESULTS | UNITS | OUT OF RANGE | REFERENCE RANGE |
|---|---|---|---|---|
| TOTAL PROTEIN | 6.8 | gm/dL | | 6.0-8.0 |
| ALBUMIN | 4.4 | gm/dL | | 3.3-5.0 |
| BILIRUBIN, DIR | 0.1 | mg/dL | | <0.2 |
| BILIRUBIN, TOT | 0.7 | mg/dL | | <1.2 |
| AST (SGOT) | 34 | IU/L | | 10-45 |
| ALT (SGPT) | (↑ x2) 71 | IU/L | H | 10-45 |
| ALKALINE PHOS | 61 | IU/L | | 30-130 |
| CHOLESTEROL | 179 | mg/dL | | 120-200 |
| HDL-CHOLESTEROL | 53 | mg/dL | | M:30-70 |
| LDL-CHOLESTEROL | 103 | mg/dL | | 62-185 |
| TRIGLYCERIDES | 115 | mg/dL | | 10 - 150 |

8/23/00 (dc)
(Wm) Improved!
Discuss Appt

L=Low VL=Very Low H=High VH=Very High

**End of Report**

LAB FORM# 1001

Confidential, Subject to Protective Order

WM000012lwk

*** CHEMISTRY ***

Director: Michael J. Kelner, M.D.

UCSD Healthcare
UCSD Medical Center - Hillcrest
200 West Arbor Drive
San Diego, California 92103-8720

CLINICAL LABORATORIES
Director: Anna Dreilinger, M.D.
Assoc. Director: Sidney L Saltzstein, M.D.
CA License ID: CLF1237
CAP Accreditation: 23203-01
CLIA ID#: 05D0643085

KOFSKY, LOREN W.
MR# 1413950-5
TIERRA SANTA
FAMILY PRACTICE
DR: WILLIAM R MACMASTE
06/17/2000 06:01
Page: 1

COLL: 06/16/2000 09:50
SAMPLE #: 454001

** COMPLETE REPORT **

| TEST NAME | RESULTS | UNITS | OUT OF RANGE | REFERENCE RANGE |
|---|---|---|---|---|
| CHOLESTEROL | 317 | mg/dL | H | 120-200 |
| HDL-CHOLESTEROL | 50 | mg/dL | | M:30-70 |
| LDL-CHOLESTEROL | 226 | mg/dL | H | 62-185 |
| TRIGLYCERIDES | 207 | mg/dL | H | 10 - 150 |

WM
6/19/00
Appt (P)

Confidential, Subject to Protective Order

L=Low VL=Very Low H=High VH=Very High

WM000013lwk

**End of Report**

LAB FORM# 1001

# Exhibit B

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In Re: BAYCOL PRODUCTS LITIGATION MDL 1431

This document relates to:

Name of plaintiff: Loren Kofsky 02-0141

**CASE SPECIFIC EXPERT REPORT PURSUANT TO PTO 131**

1. My name is: Michael F. Maywood, M.D.

2. My professional address is: 9850 Genesee Ave., Ste. 350 La Jolla, Ca. 92037

3. My curriculum vitae, including all my publications for the past ten years, is attached as Exhibit 1. I am being compensated at $250.00/hour, and my charges for my review and this report are $2500.00

4. Attached as exhibit 2 is a list of cases in which I have testified as an expert, either at trial or in deposition, in the past four years. If no list is attached, I have not testified as an expert in the past four years.

5. I have reviewed the following medical records of the above patient. My opinion is based on my review of these records. I understand that there may be other records for this patient beyond which I have reviewed:

a. William MacMaster, M.D.

b. Michael Maywood, M.D.

c. Collette King, N.P.

SPFS000001lk

6. **IF APPLICABLE:** My opinion is also based on my examination of the patient, which consisted of the following:

a. Blood work including cholesterol testing and hepatitis panel

b. Liver function tests/ iron and ferritin levels

c. Liver ultrasound

Any forms completed by me, my staff, or this patient in connection with my examination and the results of any testing performed by me as part of my examination are attached as Exhibit 3.

7. **IF APPLICABLE:** My opinion is based on an oral or written medical history of the patient provided to me. Any forms completed by me or my staff, or provided to me regarding this patient, documenting this oral or written history are attached at Exhibit 4.

8. It is my understanding that this patient used Baycol at the following dose(s) and time period(s):

a. 4 mg/day from 2000-2001

The prescription, sample, medical records or other information I am relying on for this opinion are attached as Exhibit 5.

9. It is my understanding that the patient was using the following mediations, in addition to Baycol, during the period of time set forth in paragraph 8 above: None

10. It is my expert opinion that Baycol caused the following specific injury or injuries to this patient for the period of time from the onset of injury (list actual or approximate date) through the [date on which the injury resolved (list actual or approximate date)] or [present as the injury is ongoing]:

SPFS000002lk

a. Increased liver enzymes which precludes him from taking any cholesterol lowering medication, resulting in dangerously high cholesterol.

The medical records I am relying on for this opinion are attached as Exhibit 6.

11. The following are the case specific bases and reasons for my opinion that Baycol caused the plaintiff to suffer the injuries listed in paragraph 10:

Prior to his ingestion of Baycol, Plaintiff's ALT and AST levels were normal. Following his ingestion of Baycol, Plaintiff's ALT and AST levels increased to beyond the normal range and he developed myalgias in his arms and thighs. Liver tests remained elevated despite stopping the Baycol. Hepatitis panel on 9/27/01 ruled out presence of hepatitis A, B, or C. Liver ultrasound ruled out presence of any liver mass, cirrhosis or fatty infiltration related to elevated cholesterol. Serum iron and ferritin levels ruled out presence of hemochromatosis. Liver functions remained elevated through January 2002, after which time patient stopped treating at this office.

12. For each of the injuries listed in paragraph 10, I have considered the following possible alternative causes and, as to each, have ruled out those alternative causes for the following reasons:

a. Injury: increased liver enzymes

i. Possible alternative causes: viral hepatitis, fatty infiltration of liver, hemochromatosis, liver mass or tumor

SPFS000003lk

ii. Reasons for excluding each of the possible alternative causes: negative hepatitis panel for hep A, B, and C, normal liver ultrasound and normal iron and ferritin levels.

**OPTIONAL FINDING [No. 13 Need not be included]**

13. Prior to using Baycol, the medical history of this patient was significant as follows: (Include any complaints or injuries the same as, or similar to, those listed in Paragraph 10 that pre-existed the use of Baycol):

a. Normal liver function tests prior to ingesting Baycol.

14. I understand, pursuant to PTO 131, that I may supplement this report pursuant to ongoing discovery, including my review of additional medical records.

Dated: 5/8/06 Signature: [signature]

# EXHIBIT # 1

SPFS000005lk

**MICHAEL F. MAYWOOD, MD**
Diplomate American Board of Internal Medicine

# CURRICULUM VITAE

| | |
|---|---|
| Business Address: | 9850 Genesee Ave., Suite 350<br>La Jolla CA 92037<br>Tel: (858) 453-7209 Fax: (858) 453-7324 |
| Personal Data: | Date Of Birth: [redacted] 1960<br>Marital Status: Married, Catherine<br>Son, Cameron<br>Interests: Travel, scuba diving, photography, kayaking |
| Education: | Michigan State University, East Lansing, Michigan, B.S. Zoology — 1982 |
| | St. George's University, Grenada, West Indies, M.D. Degree — 1987 |
| Training: | Internship: University of Medicine and Dentistry at New Jersey, Newark, N.J. (Internal Medicine) — 1988 |
| | Residency: University of Medicine and Dentistry at New Jersey, Newark, N.J. (Internal Medicine) — 1988-1990 |
| State Medical License: | California — 1990 |
| Professional History: | Staff Physician, Bellwood General Hospital Emergency Department, Bellflower, CA — 1991-1992 |
| | Staff Physician, Alhambra Community Hospital Emergency Department, Alhambra, CA. — 1991-1992 |

| | | |
|---|---|---|
| | Staff Physician, Scripps Clinic, Dept. of Internal Medicine<br>La Jolla, CA | 1992-1999 |
| | Staff Physician, Del Mar Medical Clinic<br>Del Mar, CA | 1999-2000 |
| | Private Practice, Internal Medicine<br>9850 Genesee Ave., Suite 350<br>La Jolla, CA 92037 | 2000-present |
| Hospital Affiliations: | Scripps Memorial Hospital-La Jolla<br>9888 Genesee Avenue<br>La Jolla, CA 92037 | |

# Exhibit C

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN DIEGO

CENTRAL DIVISION

LOREN KOFSKY, on behalf of himself and all others similarly situated,

Plaintiff,

vs.

BAYER AG, a German Corporation; BAYER CORPORATION, an Indiana Corporation; and DOES 1 through 100, Inclusive,

Defendants.

No. GIC 776708

DEPOSITION OF LOREN KOFSKY

SAN DIEGO, CALIFORNIA

JUNE 19, 2006

KATRINA F. BURLASON
CSR NO. 5898

LOREN KOFSKY,

being first administered an oath, testified as follows:

EXAMINATION

BY MR. REDDY:

**Q.** Good morning, Mr. Kofsky.

**A.** Good morning.

**Q.** My name is Nitin Reddy, and I represent Bayer Corporation. As you know, we're here to take your deposition in connection with your lawsuit concerning Baycol.

Could you please state your full name for the record?

**A.** Loren W. Kofsky.

**Q.** And what does the W. stand for, sir?

**A.** Weiss, my middle name.

MR. FOLDENAUER: If I can interject, if we could have appearances for the record. This is Sean Foldenauer appearing.

MR. REDDY: Nitin Reddy, appearing on behalf of Defendant Bayer Corporation. Along with me is Matt Dickerson, who is a summer assistant in our offices.

MR. FOLDENAUER: A summer associate? Is he an attorney at law?

MR. REDDY: No, he's not. He's currently still

same time as you were taking Baycol?
**A.** Not that I recall, no. Maybe over the counter aspirin or, you know, things like that.
**Q.** But no other prescription medicines?
**A.** No.
**Q.** And you said just maybe a little bit of aspirin?
**A.** Yeah. Over-the-counter stuff, maybe a decongestant every now and then.
**Q.** But these would be as you needed it, not every single day?
**A.** Correct.
**Q.** But were you taking anything every single day --
**A.** No.
**Q.** -- when you were taking Baycol?
**A.** No.
**Q.** Now, when you were taking Baycol, were you experiencing any aches and pains?
**A.** Yes.
**Q.** What aches and pains did you experience?
**A.** I experienced pain throughout my entire body several times, on several occasions, where it was in my arms and my legs. And --
**Q.** And when did you first start experiencing those

know, who knows where I'm going to be down the road 20 years? That's what I'm worried about, and anyone else who is in that same situation.

**Q.** And I'm asking you about that situation. What situation is that?

**A.** Well, I've got a high liver enzyme test. Okay? I don't know if 20, 30 years down the road I'm going to need a new liver. I don't know if my liver is going to fail. I don't know. Okay? But I do know that this wasn't a problem before I started taking that medicine. And all these years down the road it's still a problem. And that concerns me. So I can't speculate on where my health is going to go in the future. But, you know, through my doctors and through people, you know, that treated me, you know, the one thing I do know is that I can't take, you know, any medicine anymore and I'm led to believe that that was because of Baycol.

**Q.** And you say that you can't take any medicines anymore?

**A.** Statins. They don't want to put me on Statins.

**Q.** And I think earlier you said that you were happy to represent all people in the state California and in the United States who had taken the drug.

Is that correct?

**A.** Anywhere, yeah.

There's a chance, if there was advertising, I probably saw it. I just don't recall.

BY MR. REDDY:

**Q.** So you think if there was advertising, you probably saw it?

**A.** It's hard for me to say. If I saw something, it might help, you know, with my recollection, just like I said earlier, about the warnings and packaging, that might help.

**Q.** But sitting here today, you don't have any independent recollection of anything about Baycol -- of any advertisement about Baycol?

**A.** No, not off the top of my head.

**Q.** Do you keep a file or maintain any documents about this lawsuit?

**A.** I have an initial agreement signed between me and my lawyer, and that's it.

**Q.** Other than communications between you and your attorneys --

**A.** No.

**Q.** -- which I'm not asking about, do you have any other documents about this lawsuit in your possession?

**A.** No, I don't.

**Q.** Have you made notes or kept a diary about your health problems that you believe are related to your use