**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA**

**IN RE: BAYCOL PRODUCTS LIABILITY MDL No. 1431 (MJD/JGL)**

THIS DOCUMENT RELATES TO THE FOLLOWING ACTION:

*Kofsky v. Bayer Corporation, et. al.* (Case No.: 02-0141 MJD)

**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO STAY PROCEEDINGS**

PLEASE TAKE NOTICE that Plaintiff Loren Kofsky hereby moves the Honorable Judge Michael J. Davis, United States District Court, U.S. Courthouse, Suite 14E, 300 South Fourth Street, Minneapolis, Minnesota, to stay all proceedings in *Kofsky v. Bayer Corporation, et. al.* (Case No.: 02-0141 MJD) until the resolution of Defendant Bayer Corporation's Motion for Discovery Sanctions, filed November 9, 2006 and the interlocutory appeal certified by this Court on September 17, 2007. This motion is based on this notice, the accompanying Memorandum of Points and Authorities, the pleadings, other records on file in this action, all matters of which this Court may take judicial notice, and such further argument and evidence as may be presented at the hearing.

Dated: December 21, 2007

Respectfully submitted,

/s/ *Tracy D. Rezvani*________
Tracy D. Rezvani
FINKELSTEIN THOMPSON LLP

The Duvall Foundry
1050 30th Street, N.W.
Washington, D.C. 20007
Phone: 202-337-8000
Facsimile: 202-337-8090

James P. Frantz
Frantz Law Group LLP
600 West Broadway, 12th Floor
San Diego, CA 92101

Patrick N. Keegan
Keegan, Macaluso & Baker
4370 La Jolla Village Drive
San Diego, CA 92122

Jeffrey Estes
ESTES & ASSOCIATES
510 West Broadway, Suite 1700
San Diego, CA 92101

# CERTIFICATE OF SERVICE

I, Tracy D. Rezvani, certify that a true and correct copy of the foregoing Plaintiff's Notice of Motion and Motion to Stay Proceedings, supporting memorandum, proposed order, and exhibits were electronically filed and served on December 21, 2007.

/s/ *Tracy D. Rezvani*________
Tracy D. Rezvani