**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA**

**IN RE: BAYCOL PRODUCTS LIABILITY MDL No. 1431 (MJD/JGL)**

THIS DOCUMENT RELATES TO THE FOLLOWING ACTION:

*Kofsky v. Bayer Corporation, et. al.* (Case No.: 02-0141 MJD)

**L.R. 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION TO STAY PROCEEDINGS**

I, Tracy D. Rezvani, certify that Plaintiff's Memorandum in Support of Motion to Stay Proceedings complies with local rule 7.1(c).

I further support that Microsoft Office Word 2003 was used in preparation of this memorandum, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 2,037 words.

Dated: December 21, 2007

Respectfully submitted,

/s/ *Tracy D. Rezvani*________
Tracy D. Rezvani
FINKELSTEIN THOMPSON LLP
The Duvall Foundry
1050 30th Street, N.W.
Washington, D.C. 20007
Phone: 202-337-8000
Facsimile: 202-337-8090