**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA**

**IN RE: BAYCOL PRODUCTS LIABILITY MDL No. 1431 (MJD/JGL)**

---

THIS DOCUMENT RELATES TO THE FOLLOWING ACTION:

*Kofsky v. Bayer Corporation, et. al.* (Case No.: 02-0141 MJD)

---

**Certificate of Service**

I, Tracy D. Rezvani, certify that a true and correct copy of the foregoing “Plaintiff's Motion to Stay Proceedings” was electronically filed on December 21, 2007 by emailing it to 'baycolmdl@mnd.uscourts.gov'. Service is effectuated via ECF.

/signature on file/

Tracy D. Rezvani