**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re BAYCOL PRODUCTS LITIGATION | : | MDL No. 1431 (MJD/SRN) |
| This Document Relates to: | : | |
| *Loren Kofsky v. Bayer AG, et al.* | : | Case No. 02-0141 |

**RESPONSE TO PLAINTIFF'S MOTION TO STAY PROCEEDINGS**

Plaintiffs have asked this Court to stay proceedings in this case (*i.e.*, to defer further briefing on Bayer's recently-filed Motion to Deny Class Certification and Enter Judgment against Plaintiff) pending a ruling on Bayer's motion to dismiss this action based on plaintiff's failure to produce a case-specific expert.[1] Bayer has no objection to the Court ruling on Bayer's earlier motion before summary judgment briefing proceeds.

However, plaintiff mischaracterizes the motion for discovery sanctions as based on a dispute over scheduling of a deposition. The record tells another story. Plaintiff originally had resisted producing a case-specific expert. In 2004, this Court denied plaintiff's motion for relief from PTO 114. *Kofsky v. Bayer Corp.*, No. 02-141 (D. Minn. Aug. 9, 2004). Plaintiff subsequently submitted a case-specific expert report from treating physician, Dr. Michael Maywood.

---

[1] Plaintiff also seeks a stay pending a decision on the appeal of this Court's *Daubert* ruling on generic experts. Since that appeal was never filed, it provides no basis for a stay.

However, when the time came to depose plaintiff's expert in 2006, plaintiff asserted that Dr. Maywood was a "percipient expert," but "not [a] retained exper[t] designated to opine as to the causation of injury . . . " Ex. B to Decl. of Sean M. Foldenauer, Esq. in Support of Plaintiff's Opposition to Motion for Discovery Sanctions ("Pl. Opp."). Thus, plaintiff never offered expert testimony in support of her claim (although plaintiff did offer deposition dates for Dr. Maywood as a "treating physicia[n]" – *i.e.*, a fact witness. *See* Pl. Opp. at 3). That failure to offer expert testimony led to Bayer's motion to dismiss. For the Court's convenience, copies of that briefing is appended hereto.

Dated: December 27, 2007

Respectfully submitted,

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60610
(312) 494-4400

/signature on file/
Susan A. Weber
James W. Mizgala
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Paul J. Zidlicky
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Catherine Valerio Barrad
Christine K. Son
Nitin Reddy
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
(213) 896-6000

Peter W. Sipkins (No.101540)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

Douglas R. Marvin
WILLIAMS & CONNOLLY
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

*Counsel for Bayer Corporation and Bayer AG*

CERTIFICATE OF SERVICE

I, David L. Barlett, certify that a true and correct copy of the foregoing Response to Plaintiff's Motion to Stay Proceedings was electronically filed and served on December 27, 2007.

________________________________