**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **IN RE BAYCOL PRODUCTS LITIGATION** | : | MDL No. 1431 |
| | : | (MJD) |
| **This Document Relates to:** | : | |
| *Joseph R. Elich v. Bayer Corporation, et. al.* | : | Case No. 02-0434 |
| *Loren Kofsky v. Bayer Corporation, et al.* | : | Case No. 02-0141 |
| | : | |

# DECLARATION OF SEAN M. FOLDENAUER ESQ., IN SUPPORT OF PLAINTIFF, LAUREN KOFSKY'S, MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT, BAYER CORPORATION'S MOTION FOR DISCOVERY SANCTIONS

I, Sean M. Foldenauer, declare as follows:

I am an attorney at law, licensed to practice in the state of California and admitted to the United States District Court for the Southern District of California. I am a partner of Frantz, Townsend & Foldenauer, LLP, attorneys for Plaintiff, Lauren Kofsky, on behalf of himself and all others similarly situated. I have personal knowledge of the matters stated herein, except those matters stated upon information and belief, and as to those matters I believe them to be true. If called upon to testify, I would and could competently do so.

I submit this declaration in support of Plaintiff, Lauren Kofsky's opposition to Bayer's motion for discovery sanctions.

Attached hereto as Exhibit A is a true and accurate copy of an email from Plaintiff's attorney Sean Foldenauer, to Bayer's attorney, Ken Friedman, dated July 14, 2006.

Attached hereto as Exhibit B is a true and accurate copy of an email from Plaintiff's attorney Sean Foldenauer, to Bayer's attorney, Ken Friedman, dated October 16, 2006.

Attached hereto as Exhibit A is a true and accurate copy of an email from Plaintiff's

attorney Sean Foldenauer, to Bayer's attorney, Ken Friedman, dated July 14, 2006.

Attached hereto as Exhibit C is a true and accurate copy of an email from Plaintiff's attorney Sean Foldenauer, to Bayer's attorney, Ken Friedman, dated November 3, 2006.

Attached hereto as Exhibit D is a true and accurate copy of an email from Bayer's attorney, Ken Friedman, to Plaintiff's attorney, Sean Foldenauer, dated November 3, 2006.

Attached hereto as Exhibit E is a true and accurate copy of an email from Plaintiff's attorney Sean Foldenauer, to Bayer's attorney, Ken Friedman, dated November 3, 2006.

Attached hereto as Exhibit F is a true and accurate copy of an email from Plaintiff's attorney Sean Foldenauer, to Bayer's attorney, Ken Friedman, dated November 15, 2006.

Attached hereto as Exhibit G is a true and accurate copy of an email from Plaintiff's attorney Sean Foldenauer, to Bayer's attorney, Ken Friedman, dated November 21, 2006.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE.

Dated: December 1, 2006

By: ______________________________
Sean Foldenauer

EXHIBIT "A"

Case 2:07-cv-01041-RSL Document 39-5 Filed 12/01/2007 Page 4 of 17

## Sean Foldenauer

**From:** Sean Foldenauer [smf@ftflaw.com]
**Sent:** Friday, July 14, 2006 6:12 PM
**To:** Friedman, Kenneth E.
**Cc:** sking@macalusolawsd.com; ddailey@larsonking.com; kathryn.connelly@dechert.com; thomas.moore@dbr.com; Horwitz, Mario; jesteslaw@aol.com; baycoldep@dechert.com; Jim Frantz; Howard Ost; Tracy D. Rezvani
**Subject:** RE: Baycol MDL Depositions -- Elich -- Kofsky

Ken:

Thank you for calling me late this afternoon in response to my e-mail and voice mail messages. This is intended to confirm our discussion with respect to deposition rescheduling. We will revisit the issues we discussed concerning the propriety of these depositions, the need for protective orders, etc., next week.

The depositions are now presently set as follows:

Joan Kofsky -- July 25, 10:00 a.m. -- Your office
Larry Kofsky -- July 25, 2:00 p.m. -- Your office
Steven Elich -- July 25, 5:00 p.m. -- Your office
Norma Elich -- July 26, 10:00 a.m -- Our office (may need to change location)
Dr. Deemer -- July 26, 1:00 p.m. -- Oceanside (may need to change location)
Rose Straka -- July 27, 10:00 a.m. -- Sacramento
Colette King -- tba

My office will contact each deponent and clear times and dates right away. Please contact James Frantz or Howard Ost at my office to discuss this further on Monday.

Thanks again for your courtesies.
Sincerely,
Sean M. Foldenauer, Esq.
FRANTZ, TOWNSEND & FOLDENAUER LLP
ONE AMERICA PLAZA
600 West Broadway, 12th Floor
San Diego, CA 92101
Tel.: (619) 233-5945
Fax: (619) 525-7672

CONFIDENTIAL
The information contained in this electronic mail transmission is confidential and intended to be sent only to the stated recipient of the transmission. It may therefore be protected from unauthorized use or dissemination by the attorney-client and/or attorney work-product privileges. If you are not the intended recipient or the intended recipient's agent, you are hereby notified that any review, use, dissemination, distribution or copying of this communication is strictly prohibited. You are also asked to notify us immediately by telephone and to delete this transmission with any attachments and destroy all copies in any form. Thank you in advance for your cooperation
-----Original Message-----
**From:** Friedman, Kenneth E. [mailto:KFriedma@Sidley.com]
**Sent:** Monday, July 10, 2006 3:27 PM
**To:** tmacaluso@macalusolawsd.com; sking@macalusolawsd.com; ddailey@larsonking.com; kathryn.connelly@dechert.com; thomas.moore@dbr.com; Horwitz, Mario; ebenink@krausekalfayan.com; smf@ftflaw.com; jesteslaw@aol.com; baycoldep@dechert.com
**Cc:** Friedman, Kenneth E.
**Subject:** RE: Baycol MDL Deposition Subpoenas

Attached please find amended deposition subpoenas for Larry Kofsky and Joan Kofsky in the following MDL case:

Loren Kofsky, *Loren Kofsky, et al. v. Bayer Corp., et al.*, Case No. 02-0141

Defendant failed to effectuate service of the initial deposition subpoenas these two individuals.

<<Joan Kofsky.pdf>> <<Larry Kofsky.pdf>>

Ken Friedman
Sidley Austin LLP
213.896.6055

---

**From:** Friedman, Kenneth E.
**Sent:** Tuesday, June 27, 2006 4:46 PM
**To:** 'tmacaluso@macalusolawsd.com'; 'sking@macalusolawsd.com'; 'ddailey@larsonking.com'; 'kathryn.connelly@dechert.com'; 'thomas.moore@dbr.com'; 'Horwitz, Mario'; 'ebenink@krausekalfayan.com'; 'smf@ftflaw.com'; 'jesteslaw@aol.com'; 'baycoldep@dechert.com'

**Cc:** Friedman, Kenneth E.
**Subject:** Baycol MDL Deposition Subpoenas

Attached please find deposition subpoenas in the following MDL case:

Loren Kofsky, *Loren Kofsky, et al. v. Bayer Corp., et al.*, Case No. 02-0141
<< File: Joan Kofsky.pdf >> << File: Larry Kofsky Deposition Subpoena.pdf >> << File: Collette King Deposition Subpoena.pdf >>

Ken Friedman
Sidley Austin LLP
213.896.6055

Sidley Austin LLP mail server made the following annotations on 07/10/06, 17:27
--------------------------------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, that, unless expressly stated otherwise, any U.S. federal tax advice contained communication, including attachments, was not intended or written to be used, a used, by any taxpayer for the purpose of avoiding any penalties that may be imp taxpayer by the Internal Revenue Service. In addition, if any such tax advice to by other parties in promoting, marketing or recommending any partnership or investment plan or arrangement, then (i) the advice should be construed as writ with the promotion or marketing by others of the transaction(s) or matter(s) ad communication and (ii) the taxpayer should seek advice based on the taxpayer's circumstances from an independent tax advisor.

****************************************************************************
This e-mail is sent by a law firm and may contain information that is privilege If you are not the intended recipient, please delete the e-mail and any attachm immediately.

****************************************************************************

EXHIBIT "B"

**Sean Foldenauer**

**From:** Sean Foldenauer [smf@ftflaw.com]
**Sent:** Monday, October 16, 2006 6:16 PM
**To:** Friedman, Kenneth E.
**Cc:** Patrick N. Keegan Esq.; Jim Frantz
**Subject:** RE: Baycol MDL Deposition Notices -- Elich/Kofsky

Ken:

We have reviewed your letter and proposed stipulations concerning treating physicians, Maywood and Levine. We need to discuss the stipulation language a bit further. It appears to misstate that which we agreed. We have always stated that we are not seeking to recover monetary damages for personal injuries in these cases, as they are class-based advertising cases. The Complaint itself specifically excludes personal injuries from the class description allegations. Nonetheless, we timely provided case-specific expert reports from Drs. Maywood and Levine. They are not retained experts designated to opine as to causation of injury to support a personal injury claims. But they are percipient experts to the extent they have opinions with respect to their care, treatment, diagnoses, prognoses, etc., of their patients. The stipulations should to reflect this, we believe.

Lastly, to my knowledge, we have satisfied all of the Court's Pre-Trial Orders.

Please call tomorrow so we can discuss this matter further and get these depositions back on track.

Sincerely,
Sean M. Foldenauer, Esq.
FRANTZ, TOWNSEND & FOLDENAUER LLP
ONE AMERICA PLAZA
600 West Broadway, 12th Floor
San Diego, CA 92101
Tel.: (619) 233-5945
Fax: (619) 525-7672

CONFIDENTIAL
The information contained in this electronic mail transmission is confidential and intended to be sent only to the stated recipient of the transmission. It may therefore be protected from unauthorized use or dissemination by the attorney-client and/or attorney work-product privileges. If you are not the intended recipient or the intended recipient's agent, you are hereby notified that any review, use, dissemination, distribution or copying of this communication is strictly prohibited. You are also asked to notify us immediately by telephone and to delete this transmission with any attachments and destroy all copies in any form. Thank you in advance for your cooperation

-----Original Message-----
**From:** Friedman, Kenneth E. [mailto:KFriedma@Sidley.com]
**Sent:** Wednesday, October 04, 2006 11:56 AM
**To:** tmacaluso@macalusolawsd.com; sking@macalusolawsd.com; ddailey@larsonking.com; Marjorie.Shiekman@Dechert.com; thomas.moore@dbr.com; Horwitz, Mario; smf@ftflaw.com; jesteslaw@aol.com; baycoldep@dechert.com
**Cc:** Friedman, Kenneth E.
**Subject:** Baycol MDL Deposition Notices

Attached please find amended deposition notices for the experts in the following

cases:

Loren Kofsky, *Loren Kofsky, et al. v. Bayer Corp., et al.*, Case No. 02-0141

Joseph Elich, *Joseph Elich, et al. v. Bayer Corp., et al.*, Case No. 02-0434

As suggested, we noticed them for the offices of Frantz, Townsend & Foldenauer LLP. Please let me know if the offer to host the depositions no longer stands.

Ken Friedman
Sidley Austin LLP
213.896.6055
<<Maywood.pdf>>
<<Levine.pdf>>

Sidley Austin LLP mail server made the following annotations on 10/04/06, 13:56
----------------------------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, that, unless expressly stated otherwise, any U.S. federal tax advice contained communication, including attachments, was not intended or written to be used, a used, by any taxpayer for the purpose of avoiding any penalties that may be imp taxpayer by the Internal Revenue Service. In addition, if any such tax advice to by other parties in promoting, marketing or recommending any partnership or investment plan or arrangement, then (i) the advice should be construed as writ with the promotion or marketing by others of the transaction(s) or matter(s) ad communication and (ii) the taxpayer should seek advice based on the taxpayer's circumstances from an independent tax advisor.

****************************************************************************
This e-mail is sent by a law firm and may contain information that is privilege If you are not the intended recipient, please delete the e-mail and any attachm immediately.

****************************************************************************

EXHIBIT “C”

## Sean Foldenauer

**From:** Sean Foldenauer [smf@ftflaw.com]
**Sent:** Friday, November 03, 2006 12:55 PM
**To:** Friedman, Kenneth E.
**Cc:** Nicole Woodruff
**Subject:** RE: Baycol MDL Deposition Notices

Ken:

We were unable to lock-in doctors Maywood and Levine for Deposition on Monday, Nov. 6. I am informed they are still in the process of obtaining their records from storage. I am working on obtaining dates certain within the next two weeks so we may complete these depositions. I will call today to confirm the above.

Sincerely,
Sean M. Foldenauer, Esq.
FRANTZ, TOWNSEND & FOLDENAUER LLP
ONE AMERICA PLAZA
600 West Broadway, 12th Floor
San Diego, CA 92101
Tel.: (619) 233-5945
Fax: (619) 525-7672

CONFIDENTIAL
The information contained in this electronic mail transmission is confidential and intended to be sent only to the stated recipient of the transmission. It may therefore be protected from unauthorized use or dissemination by the attorney-client and/or attorney work-product privileges. If you are not the intended recipient or the intended recipient's agent, you are hereby notified that any review, use, dissemination, distribution or copying of this communication is strictly prohibited. You are also asked to notify us immediately by telephone and to delete this transmission with any attachments and destroy all copies in any form. Thank you in advance for your cooperation

-----Original Message-----
**From:** Friedman, Kenneth E. [mailto:KFriedma@Sidley.com]
**Sent:** Tuesday, October 24, 2006 3:12 PM
**To:** Sean Foldenauer
**Subject:** RE: Baycol MDL Deposition Notices

As I told you before, I am happy to discuss the stipulations at any time.

Ken Friedman
Sidley Austin LLP
213.896.6055

---

**From:** Sean Foldenauer [mailto:smf@ftflaw.com]
**Sent:** Friday, October 20, 2006 4:08 PM
**To:** Friedman, Kenneth E.
**Cc:** Jim Frantz; Patrick N. Keegan Esq.
**Subject:** RE: Baycol MDL Deposition Notices

Ken:

I have cleared Nov. 6 for the doctor depositions. I am out of the office until Monday afternoon. Can we discuss the stips at that time?

Thanks,
Sean

-----Original Message-----
**From:** Friedman, Kenneth E. [mailto:KFriedma@Sidley.com]
**Sent:** Friday, October 20, 2006 1:10 PM
**To:** tmacaluso@macalusolawsd.com; sking@macalusolawsd.com; ddailey@larsonking.com; Marjorie.Shiekman@Dechert.com; thomas.moore@dbr.com; Horwitz, Mario; smf@ftflaw.com; jesteslaw@aol.com; baycoldep@dechert.com
**Cc:** Friedman, Kenneth E.
**Subject:** Baycol MDL Deposition Notices

Attached please find amended deposition notices for the experts in the following cases:

Loren Kofsky, *Loren Kofsky, et al. v. Bayer Corp., et al.*, Case No. 02-0141

Joseph Elich, *Joseph Elich, et al. v. Bayer Corp., et al.*, Case No. 02-0434

Ken Friedman
Sidley Austin LLP
213.896.6055

<<Levine.pdf>> <<Maywood.pdf>>

Sidley Austin LLP mail server made the following annotations on 10/20
----------------------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury reg
that, unless expressly stated otherwise, any U.S. federal tax advice
communication, including attachments, was not intended or written to
used, by any taxpayer for the purpose of avoiding any penalties that
taxpayer by the Internal Revenue Service. In addition, if any such t
to by other parties in promoting, marketing or recommending any partn
investment plan or arrangement, then (i) the advice should be constru
with the promotion or marketing by others of the transaction(s) or ma
communication and (ii) the taxpayer should seek advice based on the t
circumstances from an independent tax advisor.

**********************************************************************
This e-mail is sent by a law firm and may contain information that is
If you are not the intended recipient, please delete the e-mail and a
immediately.

**********************************************************************

Sidley Austin LLP mail server made the following annotations on 10/24/06, 17:10
-------------------------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations,

that, unless expressly stated otherwise, any U.S. federal tax advice contained communication, including attachments, was not intended or written to be used, a used, by any taxpayer for the purpose of avoiding any penalties that may be imp taxpayer by the Internal Revenue Service. In addition, if any such tax advice to by other parties in promoting, marketing or recommending any partnership or investment plan or arrangement, then (i) the advice should be construed as writ with the promotion or marketing by others of the transaction(s) or matter(s) ad communication and (ii) the taxpayer should seek advice based on the taxpayer's circumstances from an independent tax advisor.

*******************************************************************************
This e-mail is sent by a law firm and may contain information that is privilege If you are not the intended recipient, please delete the e-mail and any attachm immediately.

*******************************************************************************

EXHIBIT "D"

## Sean Foldenauer

**From:** Sean Foldenauer [smf@ftflaw.com]
**Sent:** Friday, November 03, 2006 4:34 PM
**To:** Friedman, Kenneth E.
**Cc:** Jim Frantz; Patrick N. Keegan Esq.; Nicole Woodruff
**Subject:** RE: Baycol MDL Deposition Notices

Ken:

Let's talk about this on Monday. This is a simple scheduling matter. These are busy doctors that were not available on the dates you unilaterally noticed. Also, they had to locate and order dated medical records from storage to review. I believe we are in compliance with PTO 149, and that we should work together to make the depositions happen rather than trouble the judge.

Sincerely,
Sean M. Foldenauer, Esq.
FRANTZ, TOWNSEND & FOLDENAUER LLP
ONE AMERICA PLAZA
600 West Broadway, 12th Floor
San Diego, CA 92101
Tel.: (619) 233-5945
Fax: (619) 525-7672

CONFIDENTIAL
The information contained in this electronic mail transmission is confidential and intended to be sent only to the stated recipient of the transmission. It may therefore be protected from unauthorized use or dissemination by the attorney-client and/or attorney work-product privileges. If you are not the intended recipient or the intended recipient's agent, you are hereby notified that any review, use, dissemination, distribution or copying of this communication is strictly prohibited. You are also asked to notify us immediately by telephone and to delete this transmission with any attachments and destroy all copies in any form. Thank you in advance for your cooperation

-----Original Message-----
**From:** Friedman, Kenneth E. [mailto:KFriedma@Sidley.com]
**Sent:** Friday, November 03, 2006 3:32 PM
**To:** Sean Foldenauer
**Subject:** RE: Baycol MDL Deposition Notices

As you have made it clear that you do not intend to produce Drs. Levine and Maywood for deposition on Monday, November 6, we will not appear on Monday. This was the last day we had agreed to extend the deadline to produce the doctors. Accordingly, we intend to file motions to dismiss the Elich and Kofsky actions for failure to comply with PTO 149.

Ken Friedman
Sidley Austin LLP
213.896.6055

---

**From:** Sean Foldenauer [mailto:smf@ftflaw.com]
**Sent:** Friday, November 03, 2006 12:55 PM

**To:** Friedman, Kenneth E.
**Cc:** Nicole Woodruff
**Subject:** RE: Baycol MDL Deposition Notices

Ken:

We were unable to lock-in doctors Maywood and Levine for Deposition on Monday, Nov. 6. I am informed they are still in the process of obtaining their records from storage. I am working on obtaining dates certain within the next two weeks so we may complete these depositions. I will call today to confirm the above.

Sincerely,
Sean M. Foldenauer, Esq.
FRANTZ, TOWNSEND & FOLDENAUER LLP
ONE AMERICA PLAZA
600 West Broadway, 12th Floor
San Diego, CA 92101
Tel.: (619) 233-5945
Fax: (619) 525-7672

CONFIDENTIAL
The information contained in this electronic mail transmission is confidential and intended to be sent only to the stated recipient of the transmission. It may therefore be protected from unauthorized use or dissemination by the attorney-client and/or attorney work-product privileges. If you are not the intended recipient or the intended recipient's agent, you are hereby notified that any review, use, dissemination, distribution or copying of this communication is strictly prohibited. You are also asked to notify us immediately by telephone and to delete this transmission with any attachments and destroy all copies in any form. Thank you in advance for your cooperation

-----Original Message-----
**From:** Friedman, Kenneth E. [mailto:KFriedma@Sidley.com]
**Sent:** Tuesday, October 24, 2006 3:12 PM
**To:** Sean Foldenauer
**Subject:** RE: Baycol MDL Deposition Notices

As I told you before, I am happy to discuss the stipulations at any time.

Ken Friedman
Sidley Austin LLP
213.896.6055

---

**From:** Sean Foldenauer [mailto:smf@ftflaw.com]
**Sent:** Friday, October 20, 2006 4:08 PM
**To:** Friedman, Kenneth E.
**Cc:** Jim Frantz; Patrick N. Keegan Esq.
**Subject:** RE: Baycol MDL Deposition Notices

Ken:

I have cleared Nov. 6 for the doctor depositions. I am out of the office until Monday afternoon. Can we discuss the stips at that time?

Thanks,
Sean

-----Original Message-----
**From:** Friedman, Kenneth E. [mailto:KFriedma@Sidley.com]
**Sent:** Friday, October 20, 2006 1:10 PM
**To:** tmacaluso@macalusolawsd.com; sking@macalusolawsd.com; ddailey@larsonking.com; Marjorie.Shiekman@Dechert.com; thomas.moore@dbr.com; Horwitz, Mario; smf@ftflaw.com; jesteslaw@aol.com; baycoldep@dechert.com
**Cc:** Friedman, Kenneth E.
**Subject:** Baycol MDL Deposition Notices

Attached please find amended deposition notices for the experts in the following cases:

Loren Kofsky, *Loren Kofsky, et al. v. Bayer Corp., et al.*, Case No. 02-0141

Joseph Elich, *Joseph Elich, et al. v. Bayer Corp., et al.*, Case No. 02-0434

Ken Friedman
Sidley Austin LLP
213.896.6055

<<Levine.pdf>> <<Maywood.pdf>>

Sidley Austin LLP mail server made the following annotation
----------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Tr
that, unless expressly stated otherwise, any U.S. federal t
communication, including attachments, was not intended or w
used, by any taxpayer for the purpose of avoiding any penal
taxpayer by the Internal Revenue Service. In addition, if
to by other parties in promoting, marketing or recommending
investment plan or arrangement, then (i) the advice should
with the promotion or marketing by others of the transactio
communication and (ii) the taxpayer should seek advice base
circumstances from an independent tax advisor.

**********************************************************
This e-mail is sent by a law firm and may contain informati
If you are not the intended recipient, please delete the e-
immediately.

**********************************************************

Sidley Austin LLP mail server made the following annotations on 10/24
--------------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury reg
that, unless expressly stated otherwise, any U.S. federal tax advice
communication, including attachments, was not intended or written to
used, by any taxpayer for the purpose of avoiding any penalties that

taxpayer by the Internal Revenue Service. In addition, if any such t
to by other parties in promoting, marketing or recommending any partn
investment plan or arrangement, then (i) the advice should be constru
with the promotion or marketing by others of the transaction(s) or ma
communication and (ii) the taxpayer should seek advice based on the t
circumstances from an independent tax advisor.

************************************************************************
This e-mail is sent by a law firm and may contain information that is
If you are not the intended recipient, please delete the e-mail and a
immediately.

************************************************************************

Sidley Austin LLP mail server made the following annotations on 11/03/06, 17:32

--------------------------------------------------------------------------------

IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations,
that, unless expressly stated otherwise, any U.S. federal tax advice contained
communication, including attachments, was not intended or written to be used, a
used, by any taxpayer for the purpose of avoiding any penalties that may be imp
taxpayer by the Internal Revenue Service. In addition, if any such tax advice
to by other parties in promoting, marketing or recommending any partnership or
investment plan or arrangement, then (i) the advice should be construed as writ
with the promotion or marketing by others of the transaction(s) or matter(s) ad
communication and (ii) the taxpayer should seek advice based on the taxpayer's
circumstances from an independent tax advisor.

*******************************************************************************
This e-mail is sent by a law firm and may contain information that is privilege
If you are not the intended recipient, please delete the e-mail and any attachm
immediately.

*******************************************************************************