UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *In re BAYCOL PRODUCTS LITIGATION* | MDL No. 1431 (MJD/SRN) |
| This Document Relates to: | |
| *Loren Kofsky v. Bayer AG, et al.* | Case No. 02-0141 |

## STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiff and counsel for defendants that the above-captioned action against defendants may be and is hereby voluntarily dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). The parties shall each bear their own costs.

Dated: 2-27-08

One of the Attorneys for Plaintiff

Tracy D. Rezvani
FINKELSTEIN THOMPSON LLP
The Duvall Foundry
1050 30th Street, N.W.
Washington, DC 20007
(202) 337-8000

Patrick N. Keegan
KEEGAN MACALUSO & BAKER
4370 La Jolla Village Drive
San Diego, CA 92122

James P. Frantz
FRANTZ LAW GROUP APLC
600 West Broadway, 12th Floor
San Diego, CA 92101

Jeffrey Estes
ESTES & ASSOCIATES
510 West Broadway, Suite 1700
San Diego, CA 92101

*Counsel for Plaintiff*

SCANNED
MAR 10 2009
U.S. DISTRICT COURT MPLS

Dated: 3-7-08

[signature]

Susan A. Weber
James W. Mizgala
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60603
(312) 494-4400

Paul J. Zidlicky
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

Peter W. Sipkins (No.101540)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

*Counsel for Bayer Corporation and Bayer AG*

**IT IS HEREBY ORDERED**, pursuant to the above Stipulation, that this action is dismissed with prejudice.

DATED: 3-10-08

Michael J. Davis

The Honorable Michael J. Davis
United States District Court

*Kofsky*, No. 02-0141